IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02734-ZLW-KMT

MILLENNIUM LABORATORIES, INC., a California corporation,

    Plaintiff,

v.

ROCKY MOUNTAIN TOX, LLC, a Colorado limited liability company d/b/a FORENSIC LABORATORIES;
SLATER LABORATORIES, INC., a Colorado corporation d/b/a FORENSIC LABORATORIES; and
SUMMIT DIAGNOSTICS, LLC, a New Hampshire limited liability company,

    Defendants.

## ORDER

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this   10th   day of November, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court