IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02734-MSK-KMT

MILLENNIUM LABORATORIES, INC., a California corporation,

        Plaintiff,

v.

ROCKY MOUNTAIN TOX, LLC, a Colorado limited liability company d/b/a FORENSIC LABORATORIES; and
SLATER LABORATORIES, INC., a Colorado corporation d/b/a FORENSIC LABORATORIES,

        Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS AGAINST SUMMIT DIAGNOSTICS, LLC

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Plaintiff's Claims against Defendant Summit Diagnostics, LLC (Summit) and Defendant Summit's Cross-claims against Defendants Rocky Mountain Tox, LLC and Slater Laboratories, Inc. (Motion) **(#43)** filed January 12, 2011. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's claims against Defendant Summit are hereby DISMISSED. It is

**FURTHER ORDERED** that all cross-claims by Summit against Defendants Rocky Mountain Tox, LLC and Slater Laboratories, Inc. are hereby DISMISSED. All future captions shall omit Summit.

DATED this 18th day of January, 2011.

                                                       **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge