IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02734-MSK-KMT

MILLENNIUM LABORATORIES, INC., a California corporation,

       Plaintiff,

v.

ROCKY MOUNTAIN TOX, LLC, a Colorado limited liability company d/b/a FORENSIC LABORATORIES; and
SLATER LABORATORIES, INC., a Colorado corporation d/b/a FORENSIC LABORATORIES,

       Defendants.

**Consolidated with:**

Civil Action No. 11-cv-00270-MSK-KMT

MILLENNIUM LABORATORIES, INC., a California corporation,

       Plaintiff,

v.

ROCKY MOUNTAIN TOX, LLC, a Colorado limited liability company d/b/a FORENSIC LABORATORIES; and
SLATER LABORATORIES, INC., a Colorado corporation d/b/a FORENSIC LABORATORIES,

       Defendants.

## ORDER GRANTING MOTION TO CONSOLIDATE

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Consolidate (Motion) **(#64)** filed February 9, 2011.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.  The Clerk is directed to CONSOLIDATE this action with Civil Action No. 11-cv-00270-MSK-MEH.  The parties shall

show a consolidated caption reflecting Magistrate Judge Kathleen M. Tafoya and all deadlines and orders in the lower case shall be applicable to the new Defendants, including the June 1, 2011, trial date.

DATED this 11th day of February, 2011.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge