**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02734-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** February 23, 2011 | Deputy Clerk, Nick Richards |
| MILLENNIUM LABORATORIES, INC., a California corporation, | David A. DeMarco<br>Daniel J. Dunn |
| Plaintiff, | |
| v. | |
| ROCKY MOUNTAIN TOX, LLC, a Colorado limited liability company d/b/a FORENSIC LABORATORIES, and<br>SLATER LABORATORIES, INC., a Colorado corporation, d/b/a FORENSIC LABORATORIES, | James Lee Gray |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 9:00 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion for an Order to Show Cause Why Defendants Should Not be Held in Contempt [Doc. No. 44, filed January 13, 2011].

9:06 a.m.    Oral argument from Mr. Dunn. Questions from the Court.

Discussion on admittance of evidence.

Plaintiff's Exhibit **2** is identified, offered, and admitted for purposes of this hearing only.

**Court in recess: 10:49 a.m.**
**Court in session: 11:15 a.m.**

Plaintiff's Exhibits **1**, **9**, **10**, **13**, **14**, **15**, **16**, and **20** are identified, offered, and admitted.
Plaintiff's Exhibits **3**, **8**, **11**, and **12** are identified, offered, and admitted.

11:35 a.m.     Oral argument from Mr. Gray

**Court in recess: 11:59 a.m.**
**Court in session: 1:29 p.m.**

1:30 p.m.     Continued argument from Mr. Gray.  Questions from the Court.
2:13 p.m.     Defendant's Direct Examination of Mr. Kyle Franzen.  Questions from the Court.
3:14 p.m.     Plaintiff's Cross-Examination of Mr. Franzen.
3:39 p.m.     Defendant's Re-Direct of Mr. Franzen.
3:41 p.m.     Plaintiff's Re-Cross of Mr. Franzen.

**Court in recess: 3:42 p.m.**
**Court in session: 4:21 p.m.**

4:22 p.m.     Defendant's Direct Examination of Mr. Dan Pederson.  Questions from the Court.
5:30 p.m.     Plaintiff's Cross-Examination of Mr. Pederson.

Plaintiff's Exhibit **21** is identified, offered, and admitted.  Defendant's Exhibits **29**, **30**, **33**, and **34** are identified, offered, and admitted.  Defense counsel shall submit a copy of Exhibit **34** to the Clerk forthwith.

6:03 p.m.     Closing argument from Mr. Dunn.
6:22 p.m.     Closing argument from Mr. Gray

It is **ORDERED**:     Plaintiff's Motion for an Order to Show Cause [44] is **TAKEN UNDER ADVISEMENT**.

**Court in recess: 6:30 p.m.**
Hearing concluded.
Total In-Court Time     06:55

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.