IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02734–MSK–KMT

MILLENNIUM LABORATORIES, INC., a California corporation,

    Plaintiff,

v.

ROCKY MOUNTAIN TOX, LLC, a Colorado limited liability company d/b/a FORENSIC LABORATORIES, and
SLATER LABORATORIES, INC., a Colorado corporation, d/b/a FORENSIC LABORATORIES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend Complaint" (Doc. No. 109, filed July 15, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff shall file its Amended Complaint and Jury Demand no later than July 18, 2011.

Dated: July 15, 2011