IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02734–MSK–KMT

MILLENNIUM LABORATORIES, INC., a California corporation,

　　Plaintiff,

v.

ROCKY MOUNTAIN TOX, LLC, d/b/a FORENSIC LABORATORIES,

　　Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' "Joint Motion to Modify the Scheduling Order" (Doc. No. 118, filed Sept. 15, 2011) is GRANTED. Because the parties' have demonstrated good cause pursuant to Fed. R. Civ. P. 16(b)(4), the discovery cut-off is extended to October 14, 2011.

Dated: September 15, 2011